William Oppenheim, Respondent, *v.* John McGovern, Appellant.

Reported below, 115 App. Div. 135.
(Submitted January 7, 1907; decided January 15, 1907.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1906, affirming a judgment in

favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the grounds that the judgment was not appealable of right to the Court of Appeals, that permission to appeal had not been granted and that the appellant's exceptions were frivolous.

*Morton Stein* for motion.

*John P. Everett* opposed.

Motion denied, with ten dollars costs.